# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MUTTAQIN FATIR ABDULLAH,** :

   **Plaintiff** :

                           **CIVIL ACTION NO. 3:15-924**

   **v.** :

                           **(JUDGE MANNION)**

**Officer HESS,** :

   **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 12) is **GRANTED**. Judgment is hereby entered in favor of the Defendant Hess and against the Plaintiff.

2. Plaintiff's motion for reconsideration of this Court's September 8, 2015 Order, sealing Defendant's exhibit, (Doc. 21) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                           s/ *Malachy E. Mannion*

                           **MALACHY E. MANNION**
                           **United States District Judge**

**DATED: March 15, 2016**